IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>RONALD CASTANON,<br><br>    Defendants.<br>_____/ | CASE NO. CR F 96-5272 LJO<br><br>**ORDER TO RESPOND TO MOTION TO REDUCE SENTENCE**<br>(Docs. 91, 92.) |

Defendant Ronald Castanon ("defendant") filed October 24, 2011 papers to seek to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on what defendant characterizes as the "Newly Enacted 18:1 Crack to Powder Ratio." This Court construes defendant's papers to seek relief under and/or retroactive application of the Fair Sentencing Act ("FSA"), Pub. L. No. 111-220, and emergency, temporary amendments to the U.S. Sentencing Guidelines. As such, this Court:

    1.    ORDERS the United States, no later than November 23, 2011, to respond to defendant's papers to seek a sentence reduction and to indicate whether the United States will stipulate to a sentence reduction and if so, its proposed sentence reduction; and

    2.    DIRECTS the clerk to serve this order on Assistant U.S. Attorney Dawrence Rice.

IT IS SO ORDERED.

**Dated:   October 28, 2011**                  /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE