# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 96-5272 LJO |
| Plaintiff, | **ORDER TO DENY REQUESTED RELIEF AS MOOT** |
| vs. | (Doc. 99.) |
| RONALD CASTANON, | |
| Defendants. | |

This Court's prior order denied defendant Ronald Castanon's requested relief, including sentence reduction. As such, this Court DENIES as moot the relief requested by defendant's letter dated January 14, 2013 and filed January 22, 2013 (doc. 99).

IT IS SO ORDERED.

Dated: **January 24, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE